IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH M. WILLIAMS, JR., )
)
Plaintiff, )
)
v. ) 1:05CV00510
)
SOCIAL SECURITY ADMINISTRATION, )
GREGG EPPS, MARY WILLIAMS, and )
JOHN PERAZA, )
)
Defendants. )

J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 25, 2006, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' motion to dismiss for lack of subject matter jurisdiction and, in the alternative, for failure to state a claim [Pleading Nos. 8 and 24] be **GRANTED**, that Plaintiff's motion to transfer [Pleading

No. 4] be **DENIED**, and that this action be, and the same hereby is, dismissed with prejudice.

　　　　　　　　　　　　　　　／s／ James A. Beaty
　　　　　　　　　　　　　　　United States District Judge

Date: November 27, 2006